**DISMISS; and Opinion Filed December 7, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01354-CR**
**No. 05-18-01355-CR**

**LATRICIA FURRER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 14-10102-422-F & 16-30574-422-F**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Myers
Opinion by Justice Fillmore

On November 7, 2018, Latricia Furrer filed her notice of appeals in the above cases. The trial court clerk informed the Court that although motions to revoke Furrer's community supervision had been filed in these cases, the hearing on the motions is scheduled for January 2019.

An appellate court has jurisdiction to determine an appeal only if the appeal is authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). Appellate courts may consider criminal appeals only after conviction or the entry of a narrow set of appealable interlocutory orders. TEX. R. APP. P. 26.2(a)(1); *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.— Dallas 1998, no pet.).

Here, although motions to revoke Furrer's probation have been filed, the trial court has not yet ruled on the motions.  Thus, there are no final judgments or otherwise appealable orders in these cases.  Under these circumstances, we conclude we lack jurisdiction.

We dismiss these appeals for want of jurisdiction.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

181354F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

LATRICIA FURRER, Appellant

No. 05-18-01354-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 422nd Judicial District Court, Kaufman County, Texas.
Trial Court Cause No. 14-10102-422-F.
Opinion delivered by Justice Fillmore.
Justices Lang-Miers and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 7th day of December, 2018.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LATRICIA FURRER, Appellant

No. 05-18-01355-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 422nd Judicial District Court, Kaufman County, Texas.
Trial Court Cause No. 16-30574-422-F.
Opinion delivered by Justice Fillmore.
Justices Lang-Miers and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 7th day of December, 2018.